IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAWN DERESE BRYANT,

      Appellant,

 v.                                                                    Case No.  5D15-2347

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 19, 2016

Appeal from the Circuit Court
for St. Johns County,
J. Michael Traynor, Judge.

James S. Purdy, Public Defender,
and Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Andrea K. Totten, Assistant
Attorney General, Daytona Beach, for
Appellee.


PER CURIAM

      We affirm without prejudice to Appellant's right to file a timely, facially sufficient

motion under Florida Rule of Criminal Procedure 3.850.

      AFFIRMED.


PALMER, WALLIS and EDWARDS, JJ., concur.